The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| GAYLE COX, | No. 2:20-cv-00262-RSM |
| Plaintiff, | ORDER GRANTING JOINT STIPULATED MOTION FOR REMAND |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, | |
| Defendants. | |

THIS MATTER having come before the Court upon the parties' Joint Stipulated Motion for Remand, and the Court having reviewed the pleadings, files and records herein, along with all exhibits, and deeming itself advised in the matter, it is now therefore ORDERED, ADJUDGED and DECREED that the parties' Joint Stipulated Motion is GRANTED and directs the Clerk to remand this case to King County Superior Court.

DATED this 18 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1
USDC Western WA 2:20-cv-00262-RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2102-1367.1

PRESENTED BY

DATED March 18, 2020  LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/Heather M. Jensen*
Heather M. Jensen, WSBA #29635

*s/William W. Simmons*
William W. Simmons, WSBA #35604

1111 Third Avenue, Suite 2700
Seattle, WA 98101
(206) 436-2026 / (206) 436-2030 Fax
Heather.Jensen@lewisbrisbois.com
William.Simmons@lewisbrisbois.com
Attorneys for Defendant

HARDWICK & PENDERGAST, P.S.

*s/Shane M. Moriarty*
Shane M. Moriarty, WSBA #46938
555 South Renton Village Place, Suite 640
Renton, WA 98057
(425) 228-3860 / (425) 226-4988 Fax
shane@hardwickpendergast.com
Attorneys for Plaintiff

ORDER – 2
USDC Western WA 2:20-cv-00262-RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2102-1367.1